IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICA LANE                                                                                       PLAINTIFF

v.                                    No. 3:19-cv-204-DPM

DCI BIOLOGICALS JONESBORO, LLC
and BPL PLASMA, INC.                                                              DEFENDANTS

ORDER

The Court notes the joint report, and resolves the parties' discovery disputes as follows.

- **Interrogatories Nos. 1, 9, 10 & 12–16**

    Lane's objections are overruled. She must respond as best she can with facts specific to her allegations. DCI is entitled to the basics before deposing Lane.

- **Interrogatory No. 5**

    Lane's objections are overruled. She must supplement with approximate income information for each former employer and any other sources.

- **Requests for Production**

    Here, too, Lane's objections are overruled. She must identify which documents already produced respond to each request.

Lane must provide her supplemental responses and production by 26 June 2020. The Court denies without prejudice the defendants' embedded motion for attorney fees or sanctions or both. *Doc. 14 at 6*. But the Court commends defense counsel's patience and cautions plaintiff's counsel against more stalling. Joint report, *Doc. 14*, addressed.

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 May 2020