IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICA LANE                                                                                   PLAINTIFF

v.                                    No. 3:19-cv-204-DPM

DCI BIOLOGICALS JONESBORO, LLC, and
BPL PLASMA, INC.                                                                       DEFENDANTS

## JUDGMENT

Lane's complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 September 2020